**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:

**PALMAS ATHLETIC CLUB CORP**

       **Debtor**

**CASE NO.  25-03489**

**CHAPTER 11**

### SECOND AMENDED THIRD APPLICATION FOR INTERIM COMPENSATION

The application of CHARLES A. CUPRILL, P.S.C., LAW OFFICES ("Applicant") respectfully represents:

1. On August 4, 2025, Debtor filed its petition for reorganization under 11 U.S.C. Chapter 11.

2. On that same date, Debtor filed an application for leave to employ Applicant to act as its counsel generally on all matters that in the performance of Debtor's duties as a debtor-in-possession would require the services of an attorney at law, which was granted by the order of this Court, entered on August 25, 2025 (**Docket No. 29**) (**Exhibit A**).

3. Applicant has represented Debtor in these proceedings since July 26, 2025, to the date of this Application.

4. On December 12, 2025, Applicant filed its first application for interim compensation for $110,680.00 plus $55.00 in expenses incurred for a total due Applicant of $110,735.00, less the $61,800.00 advanced to Applicant by Debtor for a total due Applicant of $48,935.00, which was granted by the Court on October 17, 2022 (Docket No. 180), and the balance owed Applicant paid by Debtor.

5. On April 1, 2026, Applicant filed its second application for interim compensation for $102,280.00 plus $171.75 in expenses incurred for a total due Applicant of $102,451.75, which was granted by the Court on April 28, 2026 (Docket No. 279), and the balance owed Applicant paid by Debtor

6. Applicant has performed the services set forth in (**Exhibit B**) hereto, which have been performed on an hourly basis, at the rate of $400.00 per hour for Charles A. Cuprill-Hernández, Esq., admitted to practice before the Supreme Court of Puerto Rico ("Supreme Court") on December 13, 1968, and before the United States District Court for the District of Puerto Rico ("District Court"). The aforesaid rate is considered to be reasonable, considering the nature of this case and the work performed. The services performed by Mr. Cuprill are identified with his initials. The services performed by Applicant and to which this Application refers were rendered during the period of April 2, 2026, to July 13, 2026, all in relation to Debtor's 11 U.S.C. Chapter 11 proceedings and were not services in any other matter.

7. The source of the funds to be paid to Applicant by Debtor, if authorized by the Court, shall be from such funds as may be available to Debtor's estate.

8. The total services performed by Applicant amount to $68,440.00 plus $184.75 in expenses incurred for a total due Applicant of $68,624.75, as set forth in **Exhibits B** and **C** hereto. As indicated in the certification of Teresita Cabrera Rodríguez (**Exhibit C**) and as required by Local Bankruptcy Rule 2016-1 (b), as amended, the expenses totaling $184.75, consisting of photocopies, PACER and messenger services were actually incurred as a result of the services required to be rendered to Debtor. The photocopies were charged at .25¢ per copy and PACER services were charged at actual cost.

9. There is no agreement on the part of Applicant for the sharing of any of the compensation received or to be received from Debtor's estate, except customary payments to members, partners and regular associates of the firm.

10. Debtor has filed its operating reports up to May 31, 2026, and to the best of Applicant's knowledge and belief Debtor will file those others that may be due and will continue to pay its administrative expenses

11. On the basis of the information provided by Debtor, Debtor will have on hand or on deposit sufficient funds to pay its administrative expenses.

12. On July 2, 2026, Debtor filed its amended plan of reorganization (the "Plan") and feasibility report (Docket Nos. 301 and 302). The confirmation of the Plan is now scheduled for September 3, 2026 (Docket No. 304).

13. Applicant has forwarded copy of this application to Debtor's General Manager, Héctor Rosario, CPA, who had the opportunity to review the same and has approved the requested amount.

**WHEREFORE**, it is respectfully requested that an order be entered approving this application for interim compensation for $68,440.00 for fees, plus the amount $184.75 in expenses incurred for a total due applicant of $68,624.75.

### CERTIFICATION

The undersigned certifies that he has read the foregoing application by him subscribed, and to the best of his knowledge and belief formed after reasonable inquiry, the compensation and reimbursement of expenses is sought conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Court for the District of Puerto Rico's Guidelines for Compensation and Expense Reimbursement for Professionals, and the Local Bankruptcy Rules for the District of Puerto Rico, and are being billed at rates and in accordance, no less favorable to the Debtor than those customarily employed by Applicant generally.

_s_/**CHARLES A. CUPRILL-HERNÁNDEZ**
Charles A. Cuprill-Hernández
USDC-PR 114312

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF.

San Juan, Puerto Rico, this 16th day of July 2026.

*s/* **CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tels. (787) 977-0515 to 977-0517
Fax.  (787) 977-0518
E-Mail: ccuprill@cuprill.com
