**PALMAS ATHLETIC CLUB, CORP.**                                    **EXHIBIT A**

**CASE NO. 25-03489 (MAG)**

**SUMMARY OF PRIORITY TAX CLAIMS - PAYMENT PLANS**

**Revised on 5/29/2026**

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | PAYMENT AT EFFECTIVE DATE | DEFERRED BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT OF TREASURY OF PUERT | $ 1,525,452.21 | POC-6-2 | **Allowed** | $ 1,524,667.42 | $ 784.79 | $ 1,525,452.21 | $ - | $ 1,525,452.21 | $ 35,303.10 |
| DEPARTMENT OF LABOR | 2,307.51 | POC-8 | **Allowed** | - | 2,307.51 | 2,307.51 | 2,307.51 | - | - |
| CRIM (Secured) | 11,124.83 | POC-2 | **Pending Review** | - | 11,124.83 | 11,124.83 | - | 11,124.83 | 257.46 |
| MUNICIPALITY OF HUMACAO | 196,493.86 | POC-10 | **Objected Granted Dck 101** | 152,869.82 | - | 152,869.82 | - | 152,869.82 | 3,537.82 |
| STATE INS. FUND CORPORATION | - | N/A | N/A | - | - | - | - | - | - |
| TOTAL | $ 1,735,378.41 | | | $ 1,677,537.24 | $ 14,217.13 | $ 1,691,754.37 | $ 2,307.51 | $ 1,689,446.86 | $ 39,098.38 |