**EXHIBIT C**

## PALMAS ATHLETIC CLUB, CORP.
### SUMMARY OF CLAIMS AND PLAN PAYMENTS
### REVISED ON 6/26/2026
### CASE NO. 25-03489 (MAG)

| | PROOF OF CLAIM AMOUNTS | CLASS | SCHEDULED CLAIMS | ADJUSTMENTS | RECLASS | (*) AMOUNT EXPECTED TO BE ALLOWED | AMOUNT PAID DURING REORG. | PAYMENTS ON/OR BEFORE EFFECTIVE DATE | DEFERRED AMOUNT | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| SECURED CLAIMS | $ 47,961,610 | Classes 1, 2 and 3 | $ 34,796,405 | $ 12,776,407 | $ (32,574,612) | $ - | $ - | $ 3,500,000 | $ 11,435,993 | $ 126,219 |
| PRIORITY TAX CLAIMS | 1,735,378 | N/A | 1,677,537 | 14,217 | - | 1,691,754 | - | 2,308 | 1,689,447 | 39,098 |
| ADM. EXPENSE CLAIMS | - | N/A | - | 615,800 | - | 615,800 | 341,130 | 274,670 | - | - |
| UNSECURED CLAIMS | 1,032,053 | Classes 4 and 5 | 1,681,229 | (933,196) | 32,574,612 | 748,034 | - | 27,308 | 47,496 | 792 |
| EXECUTORY CONTRACTS | - | N/A | - | - | - | - | - | - | - | - |
| TOTAL | $ 50,729,042 | | $ 38,155,172 | $ 12,473,229 | $ - | $ 3,055,588 | $ 341,129.56 | $ 3,804,286 | $ 13,172,936 | $ 166,109 |

(*) Allowed Claims receiving payments.

**PALMAS ATHLETIC CLUB, CORP.**
**ADMINISTRATIVE EXPENSE CLAIMS**
**Revised on 6/26/2026**

| CREDITOR | SCHEDULED CLAIMS | | ADJUSTMENTS AND TRANSFERS | | AMOUNT EXPECTED TO BE ALLOWED | | PAID DURING THE REORGANIZATION PERIOD | | TO BE PAID ON OR BEFORE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| CHARLES A. CUPRILL PSC, LAW OFFICES | $ | - | $ | 350,000.00 | $ | 350,000.00 | $ | 213,186.75 | $ 136,813.25 |
| CPA LUIS R CARRASQUILLO & CO. PSC | | - | | 150,000.00 | | 150,000.00 | | 72,142.81 | 77,857.19 |
| US TRUSTEE QUARTERLY FEES | | - | | 115,800.00 | | 115,800.00 | | 55,800.00 | 60,000.00 |
| | $ | - | $ | 615,800.00 | $ | 615,800.00 | $ | 341,129.56 | $ 274,670.44 |

**PALMAS ATHLETIC CLUB, CORP.**
**CASE NO. 25-03489 (MAG)**
**SECURED CLAIMS**
**Revised on 6/26/2026**

| CREDITOR | LOAN | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED (1) | TRANSFERRED TO UNSECURED CLAIMS | PAYMENT AT THE EFFECTIVE DATE | DEFERRED AMOUNT (1) | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CEFI/BUENACOOP (1)(2) | CL-12 | $ 280,680.54 | POC-13 | **Allowed** | $ 85,858.03 | $ 147,095.91 | $ 232,953.94 | $ - | $ - | $ 232,953.94 | $ 4,773.00 |
| PALMAS DEL MAR HOMEOWNERS ASSOC., INC | N/A | 126,730.00 | POC-9 | **Per Stip** | - | 126,730.00 | 126,730.00 | (126,730.00) | - | - | - |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | CL-10 | 125,696.02 | POC-11 | **Allowed** | 61,149.60 | 7,557.40 | 68,707.00 | - | - | 68,707.00 | 5,708.91 |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | CL-11 | 65,027.39 | POC-12 | **Allowed** | 56,938.00 | (19,139.91) | 37,798.09 | - | - | 37,798.09 | 2,822.93 |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2OL2 | 108,090.99 | POC-14 | **Allowed** | 52,579.40 | 9,252.70 | 61,832.10 | - | - | 61,832.10 | 3,350.57 |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2OL3 | 667,729.08 | POC-15 | **Allowed** | 394,333.00 | 120,467.83 | 514,800.83 | - | - | 514,800.83 | 17,500.00 |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2CL5 | 9,610.96 | POC-17 | **Allowed** | - | 9,610.96 | 9,610.96 | - | - | - | - |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2CL6 | 41,382.76 | POC-18 | **Allowed** | - | 41,382.76 | 41,382.76 | - | - | - | - |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2CL7 | 11,213.29 | POC-19 | **Allowed** | - | 11,213.29 | 11,213.29 | - | - | - | - |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2CL8 | 20,895.69 | POC-20 | **Allowed** | - | 9,950.59 | 9,950.59 | - | - | 9,950.59 | 1,094.51 |
| COMMERCIAL EQUIPMENT FINANCE, INC. (2) | 2CL9 | 56,671.48 | POC-21 | **Allowed** | - | 9,950.59 | 9,950.59 | - | - | 9,950.59 | 3,142.86 |
| UBS TRUST COMPANY OF PUERTO RICO (3) | N/A | 46,447,882.22 | POC-5 | **Allowed per Settlement** | 34,145,547.00 | 12,302,335.22 | 46,447,882.22 | (32,447,882.22) | 3,500,000.00 | 10,500,000.00 | 87,826.21 |
| TOTAL | | $ 47,961,610.42 | | | $ 34,796,405.03 | $ 12,776,407.34 | $ 47,572,812.37 | $ (32,574,612.22) | $ 3,500,000.00 | $ 11,435,993.14 | $126,218.99 |

**(1) Capital Lease Obligation assigned by CEFI.**
**(2) These balances do not consider the payemnts made during the pendency of the case.**
**(3) Includes all Bonds Holders**

**PALMAS ATHLETIC CLUB, CORP.**
**CASE NO. 25-03489 (MAG)**
**SUMMARY OF TAX CLAIMS**
**Revised on 6/26/2026**

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | STATUS | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | PAYMENT AT EFFECTIVE DATE | DEFERRED BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT OF TREASURY OF PUERTO RICO | $ 1,525,452.21 | POC-6-2 | **Allowed** | $ 1,524,667.42 | $ 784.79 | $ 1,525,452.21 | $ - | $ 1,525,452.21 | $ 35,303.10 |
| DEPARTMENT OF LABOR | 2,307.51 | POC-8 | **Allowed** | - | 2,307.51 | 2,307.51 | 2,307.51 | - | - |
| CRIM (Secured) | 11,124.83 | POC-2 | **Pending Review** | - | 11,124.83 | 11,124.83 | - | 11,124.83 | 257.46 |
| MUNICIPALITY OF HUMACAO | 196,493.86 | POC-10 | **Objected Granted Dck 101** | 152,869.82 | - | 152,869.82 | - | 152,869.82 | 3,537.82 |
| STATE INSURANCE FUND CORPORATION | - | N/A | N/A | - | - | - | - | - | - |
| TOTAL | $ 1,735,378.41 | | | $ 1,677,537.24 | $ 14,217.13 | $ 1,691,754.37 | $ 2,307.51 | $ 1,689,446.86 | $ 39,098.38 |

**PALMAS ATHLETIC CLUB, CORP.**
**CASE NO. 25-03489 (MAG)**
**UNSECURED CLAIMS - PAYMENT PLANS**
**Revised on 6/26/2026**

| CREDITOR | PROOF OF CLAIM AMOUNT | CLAIM NO. | Status | SCHEDULED CLAIMS | ADJUSTMENTS | AMOUNT EXPECTED TO BE ALLOWED | RECLASS | BALANCE | 10% DIVIDENDS | AMOUNT PAID AT THE EFFECTIVE DATE | DEFERRED BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT OF TREASURY OF PUERTO RICO | $ 300,198.10 | POC-6-2 | Allowed | $ 358,128.50 | $ (57,930.40) | $ 300,198.10 | $ - | $ 300,198.10 | $ 30,019.81 | $ - | $ 30,019.81 |
| DEPARTMENT OF TREASURY OF PUERTO RICO | - | | | 628,426.00 | (628,426.00) | - | - | - | - | - | - |
| UBS TRUST COMPANY OF PUERTO RICO (*) | - | | | - | - | - | 32,447,882.22 | 32,447,882.22 | - | - | - |
| PALMAS DEL MAR HOMEOWNERS ASSOC., INC | - | POC-9 | Allowed Per Stip. | - | - | - | 126,730.00 | 126,730.00 | 12,673.00 | - | 12,673.00 |
| MUNICIPIO DE HUMACAO | 131,135.73 | POC-10 | Objected Granted Dck 101 | 174,759.77 | - | 174,759.77 | | 174,759.77 | 17,475.98 | - | 17,475.98 |
| ACUSHNET COMPANY | 2,647.91 | POC-23 | Allowed | - | 2,647.91 | 2,647.91 | - | 2,647.91 | 264.79 | 264.79 | - |
| CRIM | 58,577.09 | POC-2 | Pending Review | - | 58,577.09 | 58,577.09 | - | 58,577.09 | 5,857.71 | 5,857.71 | - |
| CRIM | 42,739.23 | POC-3 | Objected/Granted Dct 92 | 42,739.23 | (40,623.30) | 2,115.93 | - | 2,115.93 | 211.59 | 211.59 | - |
| CRIM | 99,243.14 | POC-4 | Allowed | 99,136.47 | 106.67 | 99,243.14 | - | 99,243.14 | 9,924.31 | 9,924.31 | - |
| CRIM | 321,757.91 | POC-1 | Objected/Granted Dck 91 | 321,757.91 | (289,582.12) | 32,175.79 | - | 32,175.79 | 3,217.58 | 3,217.58 | - |
| DEPARTMENT OF TREASURY OF PUERTO RICO | | See POC-6 | Allowed | 10,000.00 | (10,000.00) | - | - | - | - | - | - |
| DEPARTMENT OF LABOR | 2,215.20 | POC-8 | Allowed | - | 2,215.20 | 2,215.20 | - | 2,215.20 | 221.52 | 221.52 | - |
| PAN AMERICAN PROPERTIES | 1,281.81 | POC-16 | Allowed | - | 1,281.81 | 1,281.81 | - | 1,281.81 | 128.18 | 128.18 | - |
| RANGER AMERICA | 31,185.15 | POC-22 | Allowed | - | 31,185.15 | 31,185.15 | - | 31,185.15 | 3,118.52 | 3,118.52 | - |
| JEAN CORREA | 18,720.00 | POC-24 | Allowed | 18,720.00 | - | 18,720.00 | - | 18,720.00 | 1,872.00 | 1,872.00 | - |
| JUAN C SANABRIA | 25,000.00 | POC-7 | Allowed | 25,000.00 | - | 25,000.00 | - | 25,000.00 | 2,500.00 | 2,500.00 | - |
| SIN PRISA MUSIC, INC | - | | | 2,561.54 | - | 2,561.54 | - | 2,561.54 | 256.15 | 256.15 | - |
| **TOTAL** | **$1,032,053.36** | | | $ 1,681,229.42 | $ (933,195.90) | $ 748,033.52 | $ 32,574,612.22 | $ 33,322,645.74 | $ 74,803.35 | $ 27,307.57 | $ 47,495.79 |