**EXHIBIT D**

**PALMAS ATHLETIC CLUB, CORP.**
**UPDATED CASH FLOWS PROJECTIONS**

**PALMAS ATHLETIC CLUB, CORP.**
**UPDATED ANNUAL CASH FLOWS PROJECTIONS**
**2026-2030**

| | | 2026 | 2027 | 2028 | 2029 | 2030 |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| Membership Dues Revenues | | $ 5,688,120 | $ 6,086,288 | $ 6,390,603 | $ 6,582,321 | $ 6,779,791 |
| - Initiation Fee | | 384,000 | 384,000 | 384,000 | 384,000 | 384,000 |
| Golf Operation Income | | 2,736,000 | 2,763,360 | 2,790,994 | 2,818,904 | 2,847,093 |
| - Merchandise Sales | | 432,000 | 436,320 | 440,683 | 445,090 | 449,541 |
| - Lesson Sales | | 62,400 | 63,024 | 63,654 | 64,291 | 64,934 |
| - Member & Member | | 13,166 | 13,298 | 13,431 | 13,565 | 13,701 |
| Tennis Operation Income | | 241,200 | 243,612 | 246,048 | 248,509 | 250,994 |
| - Merchandise Sales | | 169,200 | 170,892 | 172,601 | 174,327 | 176,070 |
| - Lesson Sales | | 274,800 | 277,548 | 280,323 | 283,127 | 285,958 |
| Beach Club Operation Income | | 177,600 | 179,376 | 181,170 | 182,981 | 184,811 |
| - Merchandise Sales | | 31,200 | 31,512 | 31,827 | 32,145 | 32,467 |
| - Swimming Lesson Sales | | 6,000 | 6,060 | 6,121 | 6,182 | 6,244 |
| Restaurant Rent | | 324,000 | 327,240 | 330,512 | 333,818 | 337,156 |
| Expenses Recovery | | - | 65,000 | 65,000 | 65,000 | 65,000 |
| Other Income/Rents | | 204,000 | 204,000 | 204,000 | 204,000 | 204,000 |
| **Total Revenues** | | 10,743,686 | 11,251,530 | 11,600,967 | 11,838,259 | 12,081,758 |
| Cost of Sales Merchandise | | 420,000 | 439,853 | 453,513 | 462,790 | 472,309 |
| Cost of Lessons | | 207,600 | 209,676 | 211,773 | 213,890 | 216,029 |
| **Total Cost Of Sales** | | 627,600 | 649,529 | 665,286 | 676,680 | 688,338 |
| **Gross Profit** | | 10,116,086 | 10,602,001 | 10,935,681 | 11,161,578 | 11,393,419 |
| **Operating Expenses** | | | | | | |
| Salaries | | 3,252,716 | 3,285,243 | 3,318,096 | 3,334,686 | 3,351,359 |
| Fringe Benefits | | 481,402 | 486,216 | 491,078 | 493,534 | 496,001 |
| Professional Services | | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 |
| Utilities | | 612,000 | 615,060 | 618,135 | 621,226 | 624,332 |
| Maintenance Expenses | | 978,000 | 982,890 | 987,804 | 992,743 | 997,707 |
| Security & Safety | | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 |
| Real Property Taxes (Grant) | | 86,000 | 86,000 | 86,000 | 86,000 | 86,000 |
| Personal Property Tax (Grant) | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Municipal Taxes (Grant) | | 5,372 | 5,372 | 5,372 | 5,372 | 5,372 |
| Other Taxes | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Supplies Expense | | 213,600 | 213,600 | 213,600 | 213,600 | 213,600 |
| Member & Member Tourn. Costs | | 15,221 | 15,221 | 15,221 | 15,221 | 15,221 |
| Activities, Marketing & Promotion Exp. | | 126,000 | 126,000 | 126,000 | 126,000 | 126,000 |
| PHA - HOA Estiamted Fees | | - | 84,500 | 84,500 | 84,500 | 84,500 |
| Administrative Expenses | | 1,474,756 | 1,482,130 | 1,489,540 | 1,496,988 | 1,504,473 |
| **Total Operating Expenses** | | 7,583,067 | 7,720,232 | 7,773,347 | 7,807,870 | 7,842,566 |
| **Operating Cash Flows** | | $ 2,533,019 | $ 2,881,769 | $ 3,162,334 | $ 3,353,708 | $ 3,550,853 |
| **Redemption of Securities** | | 3,000,000 | - | - | - | - |
| **Available Cash for Plan Payments** | | $ 5,533,019 | $ 2,881,769 | $ 3,162,334 | $ 3,353,708 | $ 3,550,853 |
| **Chapter 11 Payments:** | | | | | | |
| US Trustee Quarterly Fees | | $ 60,000 | $ - | $ - | $ - | $ - |
| Priority Tax Claims | * | 195,492 | 469,181 | 469,181 | 469,181 | 273,689 |
| Chapter 11 Legal Fees | | 136,813 | - | - | - | - |
| Chapter 11 Accounting Fees | | 77,857 | - | - | - | - |
| Secured Claims UBS - Initial Payment | | 3,500,000 | - | - | - | - |
| Secured Claims UBS - Deferred Payments | * | 439,130 | 1,062,117 | 1,073,604 | 1,096,865 | 1,113,480 |
| Secured Claims - Buena Coop | | 57,272 | 14,318 | - | - | - |
| Secured Claims - CEFI | | 426,543 | 206,934 | - | - | - |
| New Capital Leases | | - | 250,000 | 250,000 | 300,000 | 300,000 |
| Unsecured Claims | * | 31,266 | 9,499 | 9,499 | 9,499 | 9,499 |
| Capital Expenditures | ** | 300,000 | 500,000 | 750,000 | 1,000,000 | 1,000,000 |
| Chapter 11 Payments | | $ 5,224,372 | $ 2,512,048 | $ 2,552,284 | $ 2,875,545 | $ 2,696,668 |
| Subtotal | | $ 308,647 | $ 369,721 | $ 610,050 | $ 478,164 | $ 854,186 |

* - Five (5) monthly installments for 2026.

** This balance may increase depending on the availability of cash/funds to complete other projects approved by the Board of Directors.