# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PALMAS ATHLETIC CLUB CORP**<br><br>**66–0748202**<br><br><div align=center>Debtor(s)</div> | Case No. **25–03489 MAG**<br><br>Chapter **11**<br><br><span style="color:red">FILED & ENTERED ON 7/22/26</span> |

*ORDER*

The motion filed by Debtor requesting extension of time of fourteen (14) days to file Monthly Operating Report (docket #318) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 22, 2026 .

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge