United States Bankruptcy Court

District of Puerto Rico

In re:                                                                         Case No. 25-03489-MAG

PALMAS ATHLETIC CLUB CORP                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3                    User: admin                          Page 1 of 2

Date Rcvd: Jul 22, 2026                 Form ID: oexttm                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  PALMAS ATHLETIC CLUB CORP, COUNTRY CLUB DRIVE 1, PALMAS DEL MAR, HUMACAO, PR 00791-6191

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ARTURO GONZALEZ MARTIN | on behalf of 3rd Party Plaintiff PAN AMERICAN PROPERTIES agm017@yahoo.com  agm017@gmail.com |
| CARMEN D CONDE TORRES | on behalf of Creditor PALMAS DEL MAR HOMEOWNER ASSOC INC notices@condelaw.com  conde.associates@gmail.com |
| CHARLES ALFRED CUPRILL | on behalf of Debtor PALMAS ATHLETIC CLUB CORP cacuprill@cuprill.com  ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com |
| EDUARDO M VERAY | on behalf of Creditor BANCO POPULAR PR - SPECIAL LOANS eduardo.veray@popular.com  eduardoveray@gmail.com |
| ERIC PEREZ OCHOA | on behalf of Creditor UBS TRUST COMPANY OF PUERTO RICO epo@amgprlaw.com  egarcia@amgprlaw.com |
| FERNANDO VAN DERDYS | on behalf of Creditor CRIM CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES fvanderdys@gmail.com |

District/off: 0104-3                                  User: admin                                         Page 2 of 2

Date Rcvd: Jul 22, 2026                           Form ID: oexttm                                   Total Noticed: 1

fvanderdys@yahoo.com;fvander@reichardescalera.com

GUSTAVO A CHICO-BARRIS

on behalf of Respondent PRMF FUND  LLC gchico@ferraiuoli.com,
edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

IGNACIO LABARCA MORALES

on behalf of Creditor UBS TRUST COMPANY OF PUERTO RICO ilabarca@mpmlawpr.com
ijlabarca@ecf.courtdrive.com;iadorno@mpmlawpr.com

JAVIER VILARINO

on behalf of Creditor Prime Roasters LLC jvilarino@vilarinolaw.com
javier.vilarino@gmail.com;jvilarino@ecf.courtdrive.com;g32197@notify.cincompass.com;vilarino.javierb125408@notify.bestcase.com

JOSE CARLOS DIAZ-VEGA

on behalf of U.S. Trustee US TRUSTEE jose.c.diaz-vega@usdoj.gov

JUAN C FORTUNO FAS

on behalf of Creditor Commercial Equipment Finance  Inc bkfilings@fortuno-law.com, fortuno@ecf.inforuptcy.com

LUIS C MARINI BIAGGI

on behalf of Creditor UBS TRUST COMPANY OF PUERTO RICO lmarini@mpmlawpr.com
lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

Lourdes Arroyo

on behalf of Creditor UBS TRUST COMPANY OF PUERTO RICO larroyo@amgprlaw.com  ecolon@amgprlaw.com

MIGDA L RODRIGUEZ COLLAZO

on behalf of Creditor TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO
bankruptcyjusticia.gobierno.pr@gmail.com  mlrcbankruptcy@gmail.com;jntorres@justicia.pr.gov

MONSITA LECAROZ ARRIBAS

ustpregion21.hr.ecf@usdoj.gov

TOMAS F. BLANCO-PEREZ

on behalf of Creditor RANGER AMERICAN OF PUERTO RICO  LLC tblanco@ferraiuoli.com,
tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

US TRUSTEE

ustpregion21.hr.ecf@usdoj.gov

TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: <br><br> **PALMAS ATHLETIC CLUB CORP** <br><br> **66‒0748202** <br><br><br> Debtor(s) | Case No. **25‒03489 MAG** <br><br> Chapter **11** <br><br><br> FILED & ENTERED ON 7/22/26 |

### *ORDER*

The motion filed by Debtor requesting extension of time of fourteen (14) days to file Monthly Operating Report (docket #318) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 22, 2026 .

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge